UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN B. MCDONALD, JR., | No. 2:20-cv-00766-TLN-AC |
| Plaintiff, | |
| v. | **ORDER** |
| J. BICKLE, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 22, 2020, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 5.) Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 22, 2020, are ADOPTED IN FULL;
2. Claim Three is DISMISSED without leave to amend;

3. J. Atnip and T. Brinigar are terminated as Defendants; and

4. This action proceeds on Claims One and Two of the Complaint, as construed to allege excessive force in violation of the Eight Amendment.

DATED: May 29, 2020

Troy L. Nunley
United States District Judge