UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN B. MCDONALD, JR., | No. 2:20-cv-0766 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| J. BICKLE, et al., | |
| Defendants. | |

Plaintiff seeks information from this court, if available, concerning the identity of an attorney plaintiff met at New Folsom State Prison on September 28, 2019. The record does not reflect the requested information and this court is without authority to further pursue the matter.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request, ECF No. 22, is DENIED without prejudice.

DATED: October 14, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE