UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN B. MCDONALD, JR.,<br><br>  Plaintiff,<br><br>  v.<br><br>J. BICKLE, et al.,<br><br>  Defendants. | No. 2:20-cv-00766-TLN-AC<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding *pro se* and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 15, 2022, the magistrate judge issued findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 33.) Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued June 15, 2022, (ECF No. 33), are adopted in full;

2. Defendants' Motion for Summary Judgment, (ECF No. 25), is DENIED as moot, and

3. This action is DISMISSED without prejudice pursuant to Local Rule 110 and Federal Rule of Civil Procedure 41(b).

**DATED: July 22, 2022**

Troy L. Nunley
United States District Judge